1

2

3

4

5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

6   PHYSICIANS INDEMNITY RISK PREVENTION )
    GROUP, INC.,                        )          Case No. 2:09-cv-01544-RLH-PAL
7                                       )
                                        )          **ORDER**
8                          Plaintiff,   )
                                        )          (Mtn to Withdraw - Dkt. #70)
9   vs.                                 )
                                        )
10  RISK MANAGEMENT CENTER, INC., et al., )
                                        )
11                         Defendants.  )
    _____ )

12

13          This matter is before the court on the Renewed Motion to Withdraw as Counsel of Record (Dkt.

14  #70) filed December 10, 2010.  Morris Peterson seeks to withdraw as counsel of record for Defendants

15  Risk Management Center, Inc., Actura, Inc., Mark H. Dorfman, and William A. Kulok.  The Motion

16  represents that Defendants have not paid for legal services rendered by counsel since June 1, 2010,

17  counsel has been unable to maintain contact with Defendants, and Defendants have been unresponsive

18  to counsel's request for information or to advise given by counsel.  Defendants were advised that

19  counsel would withdraw if Defendants' legal bills were not paid.  The court has also considered the

20  documents submitted *in camera.*  Local Rule IA 10-6 provides that "no withdrawal . . . shall be

21  approved if delay of discovery, the trial or any hearing in the case would result."  This case was

22  removed to this court on August 17, 2009.

23          Having reviewed and considered the matter, and good cause appearing,

24          **IT IS ORDERED**:

25          1.      The Renewed Motion to Withdraw (Dkt. #70) is GRANTED.

26          2.      Because Defendants Risk Management Center, Inc. and Actura, Inc. are corporations,

27                  they may not appear except through counsel.  *See Rowland v. California Men's Colony*,

28                  506 U.S. 194, 201-02 (1993); *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244,

1245 (9th Cir. 1993).  Thus, these Defendants shall designate counsel of record authorized to appear in this action **no later than January 3, 2011.**

3.  Defendants Mark H. Dorfman and William A. Kulok shall either file a statement that they will proceed *pro se* or shall retain new counsel who shall file a notice of appearance in accordance with the Local Rules on or before **January 3, 2011.**

4.  In the event Defendants fail to timely comply, a recommendation may be made to the District Judge that default judgment be entered against the non-complying Defendants.

5.  The Clerk of Court shall mail a copy of this Order to Defendants at the following addresses:

Risk Management Center, Inc.
2300 Palm Beach Lakes Blvd., Suite 304
West Palm Beach, FL 33409

Risk Management Center, Inc.
c/o Robert McDonald, Registered Agent
101 E. College Ave.
Tallahassee, FL 32301

William A. Kulok
116 Echo Dr.
Jupiter, FL 33458

Mark H. Dorfman
10404 Carmen Lane
Royal Palm Beach, FL 33411

Actura, Inc.
c/o Stanley Hyman, Registered Agent
10404 Carmen Lane
Royal Palm Beach, FL 33411

Dated this 14th day of December, 2010.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE