UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHYSICIANS INDEMNITY RISK<br>RETENTION GROUP, INC.,<br><br>                            Plaintiff,<br><br>vs.<br><br>RISK MANAGEMENT CENTER, INC., et al.,<br><br>                            Defendants. | Case No. 2:09-cv-01544-RLH-PAL<br><br>**ORDER**<br><br>(Mtn to Submit - Dkt. #68) |

      This matter is before the court on Defendants' former counsel's Motion to Submit Exhibits for *In Camera* Inspection (Dkt. #68) filed December 7, 2010. Previously, on December 7, 2010, Plaintiff's former counsel, Morris Peterson, filed a Motion to Withdraw (Dkt. #67) which was denied without prejudice because it had not been served upon Defendants. *See* Order, Dkt. #71. The instant Motion,seeks to submit the documents *in camera* for the court to consider in evaluating the Motion to Withdraw. Subsequently, Morris Peterson filed a Renewed Motion to Withdraw (Dkt. #70) which was properly served on Defendants and was granted by the court on December 14, 2010. *See* Order, Dkt. #71.

      Having reviewed and considered the matter,

      **IT IS ORDERED** that the Motion to Submit (Dkt. #68) is DENIED AS MOOT.

      Dated this 24th day of January, 2011.

                                                                                   PEGGY A. LEEN<br>
                                                                                  UNITED STATES MAGISTRATE JUDGE